Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Andrea M. Champion, Esq.
Nevada Bar No. 13461
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Defendant Allied Collection Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MISDAY,<br><br>               Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICES, INC.; OCWEN LOAN SERVICING, LLC; WELLS FARGO FINANCIAL NATIONAL BANK; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>               Defendants. | Case No. :  2:15-cv-01890-RFB-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT ALLIED COLLECTION SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Allied Collection Services, Inc. ("Allied") and Plaintiff, Thomas Misday ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **November 25, 2015,** for Allied to answer or otherwise plead in response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8223145_1

This is the first request for an extension by Allied, which seeks to further investigate the factual allegations of the Complaint while the parties also discuss resolution of the case. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED**.

DATED this 12th day of November, 2015.     DATED this 12th day of November, 2015.

By: /s/  *David H. Krieger*_____     By: /s/  Patrick J. Reilly_____
    David H. Krieger                                              Patrick J. Reilly, Esq.
    Haines & Krieger, LLC                                   Andrea M. Champion, Esq.
    8985 South Eastern Avenue, Suite 130        HOLLAND & HART LLP
    Henderson, Nevada 89123                             9555 Hillwood Drive, Second Floor
                                                                                      Las Vegas, Nevada 89134

*Attorneys for Plaintiff*                                        *Attorneys for Defendant*
                                                                              *Allied Collection Services, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT or MAGISTRATE JUDGE

DATED: November 16, 2015