WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS MISDAY,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALLIED COLLECTION SERVICE, INC.; OCWEN LOAN SERVICING, LLC; WELLS FARGO FINANCIAL NATIONAL BANK; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:15-CV-01890-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff Thomas Misday ("Misday" or "Plaintiff"), by and through its attorney of record, David H. Krieger, Esq. of the law firm Haines & Kreiger, LLC, and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of the law firm

///
///
///
///
///
///

- 1 -

Wright, Finlay & Zak, LLP, in order to **continue** discussions regarding possible resolution of the matter, the parties agree to extend the deadline for Ocwen to file its response to the Complaint, to **December 23, 2015.**

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 20th day of November, 2015.          DATED this 20th day of November, 2015.

**HAINES & KRIEGER, LLC**                         **WRIGHT, FINLAY & ZAK, LLP**

*/s/David H. Krieger, Esq.*                       */s/Natalie C. Lehman, Esq.*
David H. Krieger, Esq.                            Dana Jonathon Nitz, Esq.
Nevada Bar No. 9086                               Nevada Bar No. 0050
8985 S. Eastern Ave., Suite 350                   Natalie C. Lehman, Esq.
Henderson, Nevada 89123                           Nevada Bar No. 12995
Phone: (702) 880-5554                             7785 W. Sahara Ave., Suite 200
Fax:   (702) 385-5518                             Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Thomas Misday*          Phone: (702) 475-7964
                                                  Fax:   (702) 946-1345
                                                  *Attorneys for Defendant, Ocwen Loan Servicing, LLC*

## **ORDER**

IT IS SO ORDERED.

Dated this 24th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Ocwen Loan Servicing, LLC*