UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THOMAS MISDAY,

                                    Plaintiff,

        v.

ALLIED COLLECTION SERVICE,  et al.,

                                    Defendants.

Case No. 2:15-cv-01890-RFB-PAL

ORDER

Before the court is the Notice of Settlement Between Thomas Misday and Allied Collection Services, Inc. (Dkt. #24). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed no later than February 16, 2016.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Allied Collection Services, Inc shall have until **February 16, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 15th day of December, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1