WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS MISDAY, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED COLLECTION SERVICE, INC.; OCWEN LOAN SERVICING, LLC; WELLS FARGO FINANCIAL NATIONAL BANK; EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:15-CV-01890-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN TO FILE ITS RESPONSE TO THE COMPLAINT UNTIL AFTER THE CASE IS CONSOLIDATED** <br><br> **(Third Request)** |

IT IS HEREBY STIPULATED between Plaintiff Thomas Misday ("Misday" or "Plaintiff"), by and through his attorney of record, David H. Krieger, Esq. of the law firm Haines & Krieger, LLC, and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of the law firm

///
///
///
///
///
///

- 1 -

Wright, Finlay & Zak, LLP, due to settlement negotiations reaching an impasse, and in light of the pending Motion to Consolidate and the Notice of Related Cases, the parties agree to extend the deadline for Ocwen to file its response to the Complaint, until ten (10) days after an Order regarding Ocwen's Motion to Consolidate, filed in Case No. 2:15-CV-01890-RFB-PAL has been entered.

This is the parties' third request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this ___ day of December, 2015.
**HAINES & KRIEGER, LLC**

*/s/David H. Krieger, Esq.*_____
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
Fax:    (702) 385-5518
*Attorneys for Plaintiff, Thomas Misday*

DATED this ___ day of December, 2015.
**WRIGHT, FINLAY & ZAK, LLP**

*/s/Natalie C. Lehman, Esq.*_____
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Phone: (702) 475-7964 Fax:    (702) 946-1345
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

## **ORDER**

IT IS SO ORDERED.

Dated this 24th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**

*/s/Natalie C. Lehman, Esq.*_____
Natalie C. Lehman, Esq. (NV Bar No. 12995)
*Attorneys for Ocwen Loan Servicing, LLC*