Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant Wells Fargo N.A.(incorrectly identified as Wells Fargo Financial National Bank)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THOMAS MISDAY, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICE INC., OCWEN LOAN SERVICING, LLC, WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01890-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER**<br><br>**(SECOND REQUEST)** |
|---|---|

It is hereby stipulated by and between Plaintiff Thomas Misday ("Mr. Misday"), through his attorney David Krieger, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (incorrectly identified in the Complaint as Wells Fargo Financial National Bank), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Mr. Misday filed his Complaint on October 1, 2015 (Docket #1).  Wells Fargo was served on October 7, 2015.  Per prior agreement of the parties and order of this Court, Wells Fargo's response is currently due December 18, 2015.  In the interest of conserving client and judicial resources, Mr. Misday and Wells Fargo stipulate and agree that Wells Fargo shall have until **January 29, 2016**, in which to file its responsive pleading.  This is the parties' second request for

1  an extension of time to respond to the Complaint and is not intended to cause any delay or

2  prejudice to any party, but is intended so the parties may discuss settlement.

4  DATED this 15th day of December, 2015.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By:  /s/ David Krieger<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Thomas Misday* | By:  /s/ Tanya N. Peters<br>Jeffrey L Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant Wells Fargo N.A.* |

# ORDER

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 29, 2016.**

**IT IS SO ORDERED.**

_____
MAGISTRATE JUDGE

DATED December, __24__, 2015.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Plaintiff*
*Wells Fargo Bank, N.A.*

- 3 -

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123

*Attorneys for Plaintiff*

Dana Jonathon Nitz
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Ste 200
Las Vegas, NV 89117

*Attorneys for Ocwen Loan Servicing, LLC*

Andrea M. Champion
Patrick J. Reilly
HOLLAND AND HART, LLP
9555 Hillwood Dr., 2nd Floor
Las Vegas, NV 89134

*Attorneys for Allied Collection Service*

Jennifer L. Braster
MAUPIN NAYLOR BRASTER
1050 Indigo Drive, Ste 112
Las Vegas, NV 89145

*Attorneys for Experian Information Solutions, Inc.*

DATED this 15th day of December, 2015.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

23138244