Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant Wells Fargo N.A.(incorrectly identified as Wells Fargo Financial National Bank)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MISDAY, an individual, and BARBARA C. MISDAY,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICE INC., OCWEN LOAN SERVICING, LLC, WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC., NEVADA CREDICO, INC., BMW FINANCIAL SERVICES,<br><br>Defendants. | Case No. 2:15-cv-01890-RFB-PAL<br><br>Consolidated with: 2:15-cv-01894, 2:15-cv-01907, 2:15-cv-02018<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER**<br><br>**(FOURTH REQUEST)** |

It is hereby stipulated by and between Plaintiff Thomas Misday ("Mr. Misday"), through his attorneys David Krieger and Jennifer Isso, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (incorrectly identified in the Complaint as Wells Fargo Financial National Bank), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Per prior order of this Court, Wells Fargo's response in the former 2:15-cv-01894 matter is currently due January 8, 2016. Wells Fargo's response in this matter is currently due January 29, 2016. Both parties are still researching the facts and circumstances surrounding the allegations and potential defenses in this case, and several cases were consolidated into this matter on January 7, 2016. The parties are also actively discussing a possible settlement. In the

interest of conserving client and judicial resources, Mr. Misday and Wells Fargo stipulate and agree that Wells Fargo shall have until **January 29, 2016**, in which to file its responsive pleading. This is the parties' fourth request for an extension of time to respond to the Complaint filed in the former 2:15-cv-01890 matter, and is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement and so that the responses to both Complaints shall be due on the same day.

DATED this 8th day of January, 2016.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By:  /s/ David Krieger <br> David Krieger <br> Jennifer Isso <br> 8985 S. Eastern Ave, Ste 370 <br> Henderson, NV 89123 <br> *(signed with permission)* <br> <br> *Attorneys for Plaintiff* <br> *Thomas Misday* | By:  /s/ Tanya N. Peters <br> Jeffrey Willis (NV Bar No. 4797) <br> Tanya N. Peters (NV Bar No. 8855) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone:  (702) 784-5200 <br> Facsimile:  (702) 784-5252 <br> *Attorneys for Defendant Wells Fargo N.A.* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 29, 2016.**

**IT IS SO ORDERED.**

_____
MAGISTRATE COURT JUDGE

DATED January, __8th__, 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# **CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | __X__ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123

*Attorneys for Plaintiff*

Dana Jonathon Nitz
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Ste 200
Las Vegas, NV 89117

*Attorneys for Ocwen Loan Servicing, LLC*

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

*Attorneys for Equifax Information Services, LLC*

Andrea M. Champion
Patrick J. Reilly
HOLLAND AND HART, LLP
9555 Hillwood Dr., 2nd Floor
Las Vegas, NV 89134

*Attorneys for Allied Collection Service and Nevada Credico Inc.*

Jennifer L. Braster
MAUPIN NAYLOR BRASTER
1050 Indigo Drive, Ste 112
Las Vegas, NV 89145

*Attorneys for Experian Information Solutions, Inc.*

DATED this 8th day of January, 2016.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

23275017

- 4 -