David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Thomas Misday,<br>　　　　Plaintiff,<br>　　v.<br><br>ALLIED COLLECTION SERVICE, INC., OCWEN LOAN SERVICING, LLC, WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　　Defendant(s) | **Case No. 2:15-cv-01890-RFB-PAL/2:15-cv-01894-GMN-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO NATIONSTAR MORTGAGE, LLC ONLY** |
| Thomas Misday,<br>　　　　Plaintiff,<br>　　v.<br><br>NEVADA CREDICO INC. D/B/A QUANTUM COLLECTIONS, ALLIED COLLECTION SERVICE, INC., ASSET RESOURCES, INC., BMW FINANCIAL SERVICES, NATIONSTAR MORTGAGE, LLC, OCWEN LOAN SERVICING, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC,<br>　　　　Defendant(s). | |

| | |
|---|---|
| Barbara C. Misday, | ) |
|                     Plaintiff, | ) |
|     v. | ) |
| | ) |
| BMW FINANCIAL SERVICES, OCWEN LOAN SERVICING, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
|                     Defendant(s). | ) |

| | |
|---|---|
| Barbara C. Misday, | ) |
|                     Plaintiff, | ) |
|     vs. | ) |
| | ) |
| ALLIED COLLECTION SERVICE, INC., OCWEN LOAN SERVICING, LLC, NATIONSTAR MORTGAGE, LLC, EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
|                     Defendants. | ) |

      Plaintiff Thomas Misday and Nationstar Mortgage, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Nationstar Mortgage, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:  January 26, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Gary E. Schnitzer, Esq. |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Kravitz, Schnitzer & Johnson |
| HAINES & KRIEGER, LLC | \*Attorney for Defendant Nationstar* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

### **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  January 28, 2016.