David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Misday,<br>        Plaintiff,<br>v.<br><br>ALLIED COLLECTION SERVICE, INC., OCWEN LOAN SERVICING, LLC, WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC.,<br>        Defendant(s) | Civil Action No.: 15-cv-01890-RFB-PAL (Consolidated with 2:15-cv-01894-GMN-VCF; 2:15-cv-01907-JAD-NJK; 2:15-cv-02018-RFB-PAL)<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALLIED COLLECTION SERVICE, INC. ONLY** |
| Thomas Misday,<br>        Plaintiff,<br>v.<br><br>NEVADA CREDICO INC. D/B/A QUANTUM COLLECTIONS, ALLIED COLLECTION SERVICE, INC., ASSET RESOURCES, INC., BMW FINANCIAL SERVICES, NATIONSTAR MORTGAGE, LLC, OCWEN LOAN SERVICING, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, EQUIFAX | |

| | |
|---|---|
| INFORMATION SERVICES, LLC, | ) |
| | ) |
| Defendant(s). | ) |
| Barbara C. Misday, | ) |
| Plaintiff, | ) |
| v. | ) |
| BMW FINANCIAL SERVICES, OCWEN LOAN SERVICING, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| Defendant(s). | ) |
| Barbara C. Misday, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ALLIED COLLECTION SERVICE, INC., OCWEN LOAN SERVICING, LLC, NATIONSTAR MORTGAGE, LLC, EQUIFAX INFORMATION SERVICES, LLC, | ) |

Plaintiff Thomas Misday and Defendant Allied Collection Service, Inc. ("Allied Collection") hereby stipulate and agree that the above-entitled actions

…

…

…

…

…

…

brought by Thomas Misday against Allied Collection shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Allied Collection**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: January 31, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/Patrick J. Reilly, Esq.<br>Patrick J. Reilly, Esq.<br>Holland & Hart, LLP<br>*Attorney for Defendant Allied Collection Services, Inc.* |

### ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: __February 4, 2016.__