1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6

7
          **IN THE UNITED STATES DISTRICT COURT**
8           **FOR THE DISTRICT OF NEVADA**

9
   Thomas Misday,                          )
10          Plaintiff,                     ) Civil Action No.:  15-cv-01890-RFB-
       v.                                  ) PAL (Consolidated with 2:15-cv-01894-
11                                         ) GMN-VCF; 2:15-cv-01907-JAD-NJK;
   ALLIED COLLECTION SERVICE,              ) 2:15-cv-02018-RFB-PAL)
12 INC., OCWEN LOAN SERVICING,             )
13 LLC, WELLS FARGO FINANCIAL              )
   NATIONAL BANK, EXPERIAN                 )
14 INFORMATION SOLUTIONS, INC.,            ) **STIPULATION AND ORDER**
15          Defendant(s)                   ) **DISMISSING ACTION WITH**
   Thomas Misday,                          ) **PREJUDICE AS TO <u>EQUIFAX</u>**
16          Plaintiff,                     ) **<u>INFORMATION SERVICES, LLC</u>**
17     v.                                  ) **<u>ONLY</u>**
                                           )
18 NEVADA CREDICO INC. D/B/A               )
19 QUANTUM COLLECTIONS,                    )
   ALLIED COLLECTION SERVICE,              )
20 INC., ASSET RESOURCES, INC.,            )
   BMW FINANCIAL SERVICES,                 )
21 NATIONSTAR MORTGAGE, LLC,               )
22 OCWEN LOAN SERVICING, LLC,              )
   WELLS FARGO BANK, NATIONAL              )
23 ASSOCIATION, EQUIFAX                    )
24 INFORMATION SERVICES, LLC,              )
                                           )
25          Defendant(s).                  )

               Page **1** of **3**

| | |
|---|---|
| Barbara C. Misday, | ) |
|                 Plaintiff, | ) |
|    v. | ) |
| | ) |
| BMW FINANCIAL SERVICES, | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
|                 Defendant(s). | ) |
| | ) |
| Barbara C. Misday, | ) |
| | ) |
|                 Plaintiff, | ) |
| | ) |
|    vs. | ) |
| | ) |
| ALLIED COLLECTION SERVICE, | ) |
| INC., OCWEN LOAN SERVICING, | ) |
| LLC, NATIONSTAR MORTGAGE, | ) |
| LLC, EQUIFAX INFORMATION | ) |
| SERVICES, LLC, | ) |
| | ) |

     Plaintiffs Barbara C. Misday and Thomas Misday and Defendant Equifax Information Services, LLC ("Equifax") hereby stipulate and agree that the above-

…

…

…

…

…

…

…

…

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     January 31, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Bradley T. Austin, Esq.<br>Bradley T. Austin, Esq.<br>Snell & Wilmer, LLP<br>*Attorney for Defendant* |

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: __February 4, 2016._____