Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant Wells Fargo N.A.(incorrectly identified as Wells Fargo Financial National Bank)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MISDAY, an individual, and BARBARA C. MISDAY, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED COLLECTION SERVICE INC., OCWEN LOAN SERVICING, LLC, WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC., NEVADA CREDICO, INC., BMW FINANCIAL SERVICES, <br><br> Defendants. | Case No. 2:15-cv-01890-RFB-PAL <br><br> Consolidated with: 2:15-cv-01894, 2:15-cv-01907, 2:15-cv-02018 <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO** |

It is hereby stipulated and agreed by and between Plaintiff Thomas Misday ("Mr. Misday"), through his attorney David Krieger, and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Financial National Bank ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

1. Plaintiff Thomas Misday originally filed two separate lawsuits against Defendant Wells Fargo: 2:15-cv-01890, which involved an Experian credit report ("the 1890 matter"), and 2:15-cv-01894, which involved an Equifax credit report ("the 1894 matter"). Those cases were consolidated under 2:15-cv-01890, the instant case.

2. Defendant Wells Fargo shall be dismissed from this case. The claims alleged in the 1890 matter shall be dismissed with prejudice. The claims alleged in the 1894 matter shall be dismissed without prejudice.

3. Those parties shall bear their own attorneys' fees and costs associated with this action.

DATED this 16th day of March, 2016.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ David Krieger<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Thomas Misday* | By: /s/ Tanya N. Peters<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant Wells Fargo Bank,*<br>*N.A.* |

## **ORDER**

**IT IS ORDERED THAT Defendant Wells Fargo is hereby dismissed from this action. The claims as set forth in the 1890 matter are dismissed with prejudice. The claims as set forth in the 1894 matter are dismissed without prejudice. Each party will bear its own fees and costs.**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED March   22nd  , 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO** by the method indicated below:

| _____ | U.S. Mail | _____ | Federal Express |
|---|---|---|---|
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123

*Attorneys for Plaintiff*

Dana Jonathon Nitz
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Ste 200
Las Vegas, NV 89117

*Attorneys for Ocwen Loan Servicing, LLC*
Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

*Attorneys for Equifax Information Services, LLC*

Andrea M. Champion
Patrick J. Reilly
HOLLAND AND HART, LLP
9555 Hillwood Dr., 2nd Floor
Las Vegas, NV 89134

*Attorneys for Allied Collection Service and Nevada Credico Inc.*

Jennifer L. Braster
MAUPIN NAYLOR BRASTER
1050 Indigo Drive, Ste 112
Las Vegas, NV 89145

*Attorneys for Experian Information Solutions, Inc.*

DATED this 16th day of March, 2016.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

23692237

- 4 -