David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Thomas Misday and Barbara Misday,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED COLLECTION SERVICE, INC., OCWEN LOAN SERVICING, LLC, WELLS FARGO FINANCIAL NATIONAL BANK, BMW FINANCIAL SERVICES, NEVADA CREDICO INC. D/B/A QUANTUM COLLECTIONS, NATIONSTAR MORTGAGE, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, ASSET RESOURCE SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | **Case No. 2:15-cv-01890-RFB-PAL (Consl. with 15-cv-01894, 15-cv-02018, 15-cv-01907, 15-cv-02018)**<br><br><br><br>**STIPULATION AND ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE AS TO <u>NATIONSTAR ONLY</u>** |

    Plaintiffs, Barbara Misday and Thomas Misday, and Nationstar Mortgage, LLC hereby stipulate and agree that the First Amended Complaint in the above-

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Nationstar**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

     Dated:          March 18, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Gary E. Schnitzer, Esq.<br>Kravitz, Schnitzer & Johnson<br>*Attorney for Defendant Nationstar Mortgage, LLC* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: ___March 22, 2016._____