1

WRIGHT, FINLAY & ZAK, LLP

2

Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050

3

Natalie C. Lehman, Esq.
Nevada Bar No. 12995

4

7785 W. Sahara Ave., Suite 200

5

Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345

6

dnitz@wrightlegal.net

7

nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12

THOMAS MISDAY,

13

              Plaintiff,

14

       vs.

15

ALLIED COLLECTION SERVICE, INC.;
OCWEN LOAN SERVICING, LLC; WELLS

16

FARGO FINANCIAL NATIONAL BANK,
EXPERIAN INFORMATION SOLUTIONS,

17

INC.,

18

              Defendants.

19

Case No. 2:15-CV-01890-RFB-PAL

Consolidated with:
Case No. 2:15-cv-01894-RFB-PAL
Case No. 2:15-cv-01907-RFB-PAL
Case No. 2:15-cv-02018-RFB-PAL

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE OF
DEFENDANT OCWEN LOAN
SERVICING, LLC**

20

       Plaintiffs Barbara Misday and Thomas ("Plaintiffs"), by and through their counsel of

21

record, Haines & Krieger, LLC, and Defendant Ocwen Loan Servicing; LLC ( "Ocwen"), by and

22

through their counsel of record, Wright, Finlay& Zak, LLP, hereby stipulate and agree as

23

follows:

24

       WHEREAS, the above captioned action concerns credit reporting related to a Note and

25

Deed of Trust (the "Loan") involving real property located at 2234 Lucerne Drive, Henderson,

26

Nevada 89014, Assessor's Parcel Number 178-07-110-060 ("Property");

27

       WHEREAS, Plaintiffs Thomas and Barbara Misday (hereinafter, "Plaintiffs" or the

28

"Misdays") filed four separate actions in this District that involve common questions of law and

- 1 -

1  fact: *Thomas Misday v. Allied Collection Services, Inc., et. al.,* Case No. 2:15-CV-01890-RFB-

2  PAL filed on October 1, 2015 ("Action 1"); *Thomas Misday v. Nevada Credico Inc., d/b/a*

3  *Quantum Collections, et. al.,* Case No. 2:15-CV-1894-GMN-VCF, filed on October 2, 2015

4  ("Action 2"); *Barbara Misday v. Allied Collection Service, Inc., et.al.,* Case No.  2:15-CV-

5  01907-JAD-NJK, filed on October 5, 2015 ("Action  3"); *Barbara Misday v. BMW Financial*

6  *Services, et.al.,* Case No.2:15-CV-02018-RFB-PAL, filed on October 19, 2015 ("Action 4"),

7  with all four actions involving complaints alleging causes of action against Ocwen for violations

8  of the federal Fair Credit Reporting Act;

9       WHEREAS, on January 7, 2016, this Court entered a Transfer and Consolidation Order,

10  consolidating Actions 1, 2, 3 and 4, with Case No. 2:15-cv-1890-RFB-PAL serving as the Base

11  Case;

12      WHEREAS, on March 16, 2016, Plaintiffs filed a First Amended Complaint in the Base

13  Case, consolidating the causes of action contained in the complaints filed in Actions 1, 2, 3, and

14  4;

15      WHEREAS, the parties have come to a global settlement agreement regarding the

16  disputes arising out of Actions 1, 2, 3 and 4, and have executed a settlement agreement.

17      NOW WHEREFORE, in resolution of the claims against Ocwen alleged in the

18  Complaints filed in Actions 1, 2, 3 and 4 and the claims against Ocwen alleged in the First

19  Amended Complaint,

20      / / /

21

22

23

24      / / /

25

26

27

28      / / /

1       IT IS HEREBY STIPULATED AND AGREED that the Complaints filed in Actions 1, 2,

2    3, and 4, and the First Amended Complaint, are dismissed with prejudice as to Defendant

3    Ocwen, with each party to bear their own fees and costs.

4       IT IS SO STIPULATED AND AGREED.

5

6    DATED this 14th day of April, 2016.            DATED this 14th day of April, 2016.
     **HAINES & KRIEGER, LLC**                      **WRIGHT, FINLAY & ZAK, LLP**
7

8    */s/ David H. Krieger, Esq.*                   */s/ Natalie C. Lehman, Esq.*
     David H. Krieger, Esq.                         Dana Jonathon Nitz, Esq.
9    Nevada Bar No. 9086                            Nevada Bar No. 0050
     8985 S. Eastern Ave., Suite 350                Natalie C. Lehman, Esq.
10   Henderson, Nevada 89123                        Nevada Bar No. 12995
     Phone: (702) 880-5554                          7785 W. Sahara Ave., Suite 200
11   Fax:   (702) 385-5518                          Las Vegas, Nevada 89117
     *Attorneys for Plaintiffs, Barbara Misday and* Phone: (702) 475-7964 Fax: (702) 946-1345
12   *Thomas Misday*                                *Attorneys for Defendant, Ocwen Loan*
13                                                  *Servicing, LLC*

14

15

16                          **ORDER**

17       IT IS SO ORDERED.

18       Dated this _21st_ day of _April_____, 2016.

19

20                                          _____

21                                          RICHARD F. BOULWARE, II
                                            United States District Judge

22   *Respectfully submitted by:*
     **WRIGHT, FINLAY & ZAK, LLP**
23

24   */s/ Natalie C. Lehman, Esq.*
     Natalie C. Lehman, Esq. (NV Bar No. 12995)
25   *Attorneys for Ocwen Loan Servicing, LLC*

26

27

28

- 3 -