UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| THOMAS MISDAY, | Case No. 2:15-cv-01890-RFB-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ALLIED COLLECTION SERVICE, et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The last Order (ECF No. 55) extending the Discovery Plan and Scheduling Order filed March 10, 2015, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than September 23, 2016. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 14, 2016**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 30th day of September, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE